IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:16-CR-23-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **REASSIGNMENT ORDER** |
| ) | |
| ERNEST FLOYD BROWNING, ) | |
| Defendant. ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable W. Earl Britt, Senior United States District Judge, for all further proceedings. **All future documents should reflect the revised case number of 7:16-CR-23-BR-1.**

This 28th day of March 2016.

*Julie Richards Johnston*
JULIE RICHARDS JOHNSTON, CLERK